IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00623-RPM

JOHN SAWYER and
BESSIE SAWYER,

        Plaintiffs,

v.

R & R ENTERPRISE, INC. And
ROBERT EILMES,

        Defendant.
_____

ORDER OF REMAND TO DISTRICT COURT, CITY AND COUNTY OF DENVER,
DENVER, COLORADO
_____

        Pursuant to the Stipulation Re: Remand to Denver District Court [5], filed on April 17, 2008, it is

        ORDERED that this action is remanded to the District Court, City and County of Denver, Denver, Colorado.

        DATED: April 18th, 2008

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge